1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10   ALEXIOS ALEXANDER,
11               Petitioner,              No. CIV S-12-0651 WBS CKD P
12         vs.
13   R. GOWER,
14               Respondent.              ORDER
15   _____/
16          Petitioner has requested the appointment of counsel.  There currently exists no
17   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d
18   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at
19   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing
20   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be
21   served by the appointment of counsel at the present time.
22   /////
23   /////
24   /////
25   /////
26   /////

                                              1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's April 23, 2012 request
2 for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage
3 of the proceedings.

Dated: May 7, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alex0651.100