IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

        Petitioner,                         No. CIV S-12-0651 WBS CKD P

        vs.

R. GOWER,

        Respondent.                       ORDER

_____/

        Petitioner is proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner asks that the court order respondent to produce certain transcripts of proceedings related to petitioner's trial. On March 30, 2012, the court ordered respondent to file all trial transcripts relevant to the issues presented in the habeas petition before the court. Because respondent has not yet responded to that order and respondent still has time to respond, petitioner's motion is premature.

////
////
////
////
////

1

1 | In accordance with the above, IT IS HEREBY ORDERED that petitioner's May 17, 2012 "motion to compel" is denied.

Dated: May 22, 2012

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
alex0651.mtc