IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXIOS ALEXANDER,** | CIV S-12-0651 WBS CKD P |
| Petitioner, | **ORDER** |
| v. | |
| **R. GOWER,** | |
| Respondent. | |

    Petitioner raises issues regarding denial of his complaint regarding trial counsel. A record of the sealed February 19, 2010 hearing on that complaint is not before this Court. Good cause appearing, Respondent shall forthwith ask the Superior Court of California, County of El Dorado, to transmit a copy of the transcript of that hearing to this Court, for filing under seal.

    Further briefing in this Court is deferred pending this Court's receipt of the transcript, or until further order of this Court.

Dated: June 22, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE