IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

    Petitioner,                   No. 2:12-cv-0651 WBS CKD P

    vs.

RON BARNES,[1]

    Respondent.                ORDER

_____/

    Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. After reviewing filings made by the parties, IT IS HEREBY ORDERED that:

    1. To the extent respondent has not done so already, respondent shall, forthwith, request that the Superior Court of El Dorado County transmit to this court, for filing under seal, complete copies of the transcripts of hearings occurring on February 19, 2010 and March 25, 2010 in criminal matters pertaining to petitioner.

/////

---

[1] Ron Barnes, the warden at petitioner's current place of incarceration, is hereby substituted as the respondent in this action. See Fed. R. Civ. P. 25(d); <u>Brittingham v. United States</u>, 982 F.2d 378, 379 (9th Cir. 1992).

1

2. Within 14 days of receipt of the transcripts, either party may file a motion to have the transcripts unsealed. The parties are free to stipulate that the transcripts be unsealed.

3. All other pending motions are denied and all other deadlines are vacated. To the extent petitioner wishes to file a motion for discovery, he should wait until after respondent files his answer.

Dated: July 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1  
alex0651.100

2