IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

      Petitioner,               No. 2:12-cv-0651 WBS CKD P

   vs.

RON BARNES,

      Respondent.           ORDER

_____/

      Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On July 25, 2012, the court ordered counsel for respondent to request that the Superior Court of El Dorado County transmit to this court, for filing under seal, a complete copy of the transcript of the hearing occurring on February 19, 2010 in criminal matters pertaining to petitioner. The court has now received that transcript.

      The court has reviewed the transcript and finds no reason why the transcript should be filed under seal in this court. Counsel for respondent had initially indicated that some of the hearing which occurred in February 19, 2010 concerned petitioner's dissatisfaction with his trial counsel. That is not the case. Furthermore, petitioner has already filed the entire transcript of the February 19, 2010 hearing in the record, Dkt. No. 24 at 4-24, and requested that the transcript not be filed under seal, Dkt. No. 23.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court lodge with the court the entire transcript of proceedings occurring in the Superior Court of El Dorado County on February 19, 2010 which was received by the court on August 7, 2012.

2. The portion of the court's July 25, 2012 order granting the parties 14 days from the day the court received the transcript of the February 19, 2010 proceedings to file a motion to have the transcript unsealed is vacated.[1]

Dated: August 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alex0651.ldg

---

[1] Under Local Rule 303(f), either party may file a motion for reconsideration of this order within 14 days.

2