IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

    Petitioner,               No. 2:12-cv-0651 WBS CKD P

    vs.

RON BARNES,

    Respondent.           ORDER

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On July 25, 2012, the court ordered respondent to request that the Superior Court of El Dorado County transmit to this court, for filing under seal, complete copies of the transcripts of a hearing occurring on March 25, 2010 in criminal matters pertaining to petitioner (Dkt. 27).[1] Despite the fact that the court has already ordered respondent to obtain the transcripts described above, petitioner recently filed a motion asking that the court

////

////

////

---

[1] The court has not yet received the transcripts but understands that respondent is in the process of obtaining the transcripts. (See, Dkt. 21 and Dkt. 26.)

1

1. compel respondent to produce the transcripts. Good cause appearing IT IS HEREBY
2. ORDERED that petitioner's September 10, 2012 motion to compel is denied.
3. Dated: September 13, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
alex0651.mtc