IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

       Petitioner,                        No. 2:12-cv-0651 WBS CKD P

   vs.

R. GOWER, et al.,

       Respondents.                   <u>ORDER</u>

_____/

        On August 2, 2012, petitioner filed a document (Dkt. No. 37) in which petitioner attempts to assert claims in addition to those already presented in his petition for writ of habeas corpus. Petitioner has not obtained permission to file an amended habeas petition, nor has he filed a motion for leave to amend. Accordingly, the document filed by petitioner on August 2, 2012 will be disregarded. Petitioner is informed that if he wishes to amend the claims that are already before the court, he must file an amended petition which includes all of the claims

/////

/////

/////

/////

/////

1

petitioner wishes to pursue along with a motion in which petitioner explains why leave to amend should be granted.

Dated: October 29, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1  
alex0651.amp