IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

        Petitioner,                    No. 2:12-cv-0651 WBS CKD P

    vs.

RON BARNES,

        Respondent.              <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On July 25, 2012, the court ordered counsel for respondent to request that the Superior Court of El Dorado County transmit to this court, for filing under seal, a complete copy of the transcript of the hearing occurring on March 25, 2010 in criminal matters pertaining to petitioner. The court has now received that transcript.

        The court has reviewed the transcript and finds no reason why the transcript should be filed under seal in this court. Furthermore, petitioner has requested the transcript not be sealed. <u>See</u> Dkt. No. 23.

/////

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court lodge the entire transcript of proceedings occurring in the Superior Court of El Dorado County on March 25, 2010 which was received by the court on October 25, 2012;

3  2. The Clerk of the Court send a copy of the portion of the transcript which was sealed in state court to each party; and

4  3. Respondent has 60 days within which to file his response to petitioner's application for writ of habeas corpus in accord with the court's March 30, 2012 order.

Dated: November 5, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1 alex0651.ldg

2