UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS ALEXANDER, | No. 2:12-cv-0651 WBS CKD P |
| Petitioner, | |
| v. | ORDER |
| R. GOWER, et al., | |
| Respondents. | |

Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus. On November 19, 2012, petitioner filed a document titled "Motion to Expand and Include the Attached Exhibits." Attached to the motion are approximately 90 pages of exhibits which petitioner requests be considered with petitioner's habeas petition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's "Motion to Expand and Include the Attached Exhibits" (ECF No. 43) is denied.
2. However, the exhibits will be reviewed by the court when the court reviews the merits of petitioner's habeas petition. If, at that point, the court determines that expansion of the record is necessary in adjudicating petitioner's claims, and is permitted under federal law including the Supreme Court's decision in Cullen v. Pinholster, 131 S. Ct. 1388, 1398 (2011) (28 U.S. C. § 2254(d)(1) generally limits federal habeas review to

1

record that was before the state court that adjudicated habeas petitioner's claims on the merits), the court will so order.

Dated: July 22, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alex0651.mfe