UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS ALEXANDER, | No. 2:12-cv-0651 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. GOWER, | |
| Defendant. | |

On July 29, 2013, plaintiff filed a request for reconsideration of the magistrate judge's order filed July 15, 2013 denying petitioner's motion for discovery.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed July 15, 2013, is affirmed.

Dated:  August 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
alex0651.850