UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS ALEXANDER, | No. 2:12-cv-0651 WBS CKD P |
| Petitioner, | |
| v. | ORDER |
| R. GOWER, et al., | |
| Respondents. | |

    Petitioner requests a certificate of appealability pursuant to 28 U.S.C. § 2253 with respect to the court's August 6, 2013 denial of petitioner's July 29, 2013 motion for reconsideration. The provisions of 28 U.S.C. § 2253 concern whether a habeas petitioner can appeal final judgment in a habeas matter, not whether a petitioner can appeal an interlocutory order such as the court's denial of petitioner's motion for reconsideration. Therefore, IT IS HEREBY ORDERED that petitioner's October 10, 2013 motion for a certificate of appealability (ECF No. 81) is denied.

Dated: October 23, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

alex0651.coa