UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

        Plaintiff,

   v.

R. GOWER,

        Defendant.

No. 2:12-cv-0651 WBS CKD P

ORDER

     A review of the court's docket reveals there are at least four pending motions filed by petitioner which are frivolous. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Petitioner's January 2, 2014 "motion to dismiss" (ECF No. 97) is denied;

     2. Petitioner's February 21, 2014 motion for entry of default (ECF No. 102) is denied;

     3. Petitioner's February 24, 2014 motion for default judgment (ECF No. 104) is denied;

     4. Petitioner's March 19, 2014 "request to schedule a hearing for all pending motions" is denied; and

     5. Because petitioner's filing of frivolous motions is a burden on this court and impedes the proper prosecution of this action, petitioner shall not file any further motions until the court issues findings and recommendations as to petitioner's application for writ of habeas corpus and

/////

/////

resolves petitioner's three pending motions (ECF Nos. 83, 91 and 95). If petitioner files further motions, they will be disregarded and the court will consider dismissing this action for failure to follow court orders.

Dated: March 24, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alex0651.frv

2