UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS ALEXANDER,<br><br>            Plaintiff,<br><br>      v.<br><br>R. GOWER,<br><br>            Defendant. | No.  2:12-cv-0651 WBS CKD P<br><br><br>ORDER |

   Petitioner is a California prisoner proceeding pro se with an application for writ for habeas corpus under 28 U.S.C. § 2254.  On October 21, 2013, petitioner filed a motion asking that the court issue him a subpoena so that he could attempt to obtain "laboratory reports and bench notes" from Officer J. Buckman concerning fingerprint tests he conducted on two guns, a magazine, and some ammunition.

   Attached to his motion, petitioner provides Officer Buckman's report concerning the tests he conducted.  Mot. at 9.  In the report, Buckman indicates that no fingerprints were found on any of the items he tested.  Petitioner fails to point to anything suggesting Officer Buckman's notes would indicate that prints were, in fact, found on the items.  Because the desire to engage in a "fishing expedition" is not a proper basis for discovery in a federal habeas action, Kemp v. Ryan, 638 F.3d 1245, 1260 (9th Cir. 2011), petitioner's request for issuance of a subpoena will be denied.

1 | Accordingly, IT IS HEREBY ORDERED that petitioner's motion for issuance of a
2 | subpoena (ECF No. 83) is denied.
3 | Dated: July 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alex0651.sub