UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS ALEXANDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. GOWER,<br><br>　　　　　Defendant. | No.  2:12-cv-0651 WBS CKD P<br><br><br>ORDER |

　　　　Petitioner is a California prisoner proceeding pro se with an application for writ for habeas corpus under 28 U.S.C. § 2254.  On December 23, 2013, petitioner filed a motion asking that the record be expanded to include a declaration from Kenneth Moses, the Director of the private company Forensic Identification Services, in which Moses calls into question fingerprint analysis conducted by Officer J. Buckman.  The declaration was not presented in any state court proceedings concerning the claims before this court.

　　　　Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion to expand the record (ECF No. 95) is granted, but only to the extent that the affidavit executed by Kenneth Moses on December 12, 2013 (ECF No. 95 at 8-10):  1) is relevant to petitioner's claims; and 2) is not barred by Cullen v. Pinholster, 131 S. Ct. 1388, 1398 (2011) in which the Supreme Court

/////

/////

held that evidence presented for the first time in federal habeas challenge cannot be considered in determining whether a claim decided on the merits in state court is barred by 28 U.S.C. § 2254(d).

Dated: July 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alex0651.mte