UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

    Petitioner,

  v.

R. GROWER, et al.,

    Respondents.

No.  2:12-cv-0651 WBS CKD P

ORDER

      Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 20, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner filed objections to the findings and recommendations on August 29, 2014.  (Docket No. 113). Contemporaneously, before this court could rule on the magistrate judge's findings and recommendations or his motion for a certificate of appealability, petitioner filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit from his conviction and sentence. (Docket No. 115).  That appeal has now been processed, and on September 2, 2014, the record was transmitted to the Court of Appeals (Docket No. 116).

1

1   Accordingly, IT IS HEREBY ORDERED that all proceedings in this case be and the same
2   hereby are STAYED, pending resolution by the appellate court of petitioner's appeal.
3   Dated:  September 10, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/alex0651.805hc